NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1039

MICHAEL BOWLING,

Plaintiff-Appellee,

v.

HASBRO, INC.,

Defendant-Appellant.


Rachel K. Zimmerman, Merchant & Gould P.C., of Minneapolis, Minnesota, argued for plaintiff-appellee.  With her on the brief were Anthony R. Zeuli, Thomas J. Leach and Rachel C. Hughey.

David K.S. Cornwell, Sterne, Kessler, Goldstein & Fox, PLLC, of Washington, DC, argued for defendant-appellant.  With him on the brief were Justin T. Sher and Kevin W. McCabe.  Of counsel on the brief were Jeffrey K. Techentin and Adam M. Ramos, Adler, Pollock & Sheehan, P.C., of Providence, Rhode Island.

Appealed from:  United States District Court for the District of Rhode Island

Judge William E. Smith

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1039

MICHAEL BOWLING,

Plaintiff-Appellee,

v.

HASBRO, Inc.,

Defendant-Appellant.

# Judgment

ON APPEAL from the    United States District Court for the District of Rhode Island

in CASE NO(S).    05-CV-229

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, NEWMAN and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  September 15, 2009         /s/ Jan Horbaly
                                  Jan Horbaly, Clerk